*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 10, 2016                521322
_____

In the Matter of TODD CHANEY,
                    Appellant,

        v
                                        MEMORANDUM AND ORDER

TINA M. STANFORD, as Chair of
    the Board of Parole,
    Department of Corrections
    and Community
    Supervision,
                    Respondent.
_____


Calendar Date:   January 19, 2016

Before:   McCarthy, J.P., Egan Jr., Rose and Devine, JJ.

                    _____


        Todd Chaney, Attica, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Laura
Etlinger of counsel), for respondent.

                    _____


        Appeal from a judgment of the Supreme Court (Mott, J.),
entered June 5, 2015 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of the Board of Parole
denying petitioner's request for parole release.

        Petitioner commenced this CPLR article 78 proceeding
seeking to challenge a January 2014 determination of the Board of
Parole denying his request for parole release.  Supreme Court
dismissed the petition on the merits, prompting this appeal.  The
Attorney General has advised this Court that petitioner
reappeared before the Board in January 2016, at which time he was
granted an open date for parole release.  Accordingly, this

appeal is moot and must be dismissed (see Matter of Irving v Evans, 120 AD3d 1502, 1502 [2014]; Matter of Beltran v New York State Bd. of Parole, 105 AD3d 1224, 1224-1225 [2013]).  Contrary to petitioner's assertion, the exception to the mootness doctrine finds no application here (see Matter of Butler v New York State Div. of Parole, 74 AD3d 1533, 1533 [2010]).

McCarthy, J.P., Egan Jr., Rose and Devine, JJ., concur.


ORDERED that the appeal is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court